a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ALBERTUS CONNER JR #50640, Petitioner | CIVIL DOCKET NO. 5:24-CV-00645 SEC P |
| VERSUS | CHIEF JUDGE TERRY A. DOUGHTY |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

REPORT AND RECOMMENDATION

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Albertus Conner, Jr. ("Conner"). Conner is a pretrial detainee at the Caddo Parish Correctional Center in Shreveport, Louisiana. He challenges his arrest and pending charges.

Because Conner's Petition is duplicative, and he cannot obtain monetary relief through habeas corpus, the Petition should be DISMISSED WITHOUT PREJUDICE.

I. Background

Conner alleges that he was wrongfully arrested and charged with possession of a firearm by a convicted felon on April 29, 2023. ECF No. 5. He asks that evidence be suppressed, and the charges dropped. ECF No. 5. Conner also seeks monetary compensation. ECF No. 8.

II. Law and Analysis

Conner previously filed a habeas petition challenging the same arrest and criminal prosecution, which remains pending. *See Conner v. Caddo Correctional*

1

*Center*, 5:24-CV-0268 (W.D. La.), ECF No. 4. A complaint that duplicates claims asserted in an earlier case may be summarily dismissed. *See Pittman v. Moore*, 980 F.2d 994, 995 (5th Cir. 1993); *Wilson v. Lynaugh*, 878 F.2d 846, 849 (5th Cir. 1989), *cert. denied*, 493 U.S. 969 (1989). This principle applies to petitions for writ of habeas corpus. *See Hardin v. Dir., TDCJ-CID*, 6:20-CV-251, 2020 WL 3239936, at *1 (E.D. Tex. 2020), *report and recommendation adopted*, 2020 WL 3172701 (E.D. Tex. 2020); *Brock v. Cockrell*, 2003 WL 21418792 (N.D. Tex. 2003); *Schmidt v. U.S. Marshals Serv.*, 2006 WL 3478030 (N.D. Tex. 2006). Therefore, this second habeas petition should be dismissed as duplicative of case number 5:24-CV-268.

Additionally, Conner cannot obtain monetary relief through a habeas corpus action. *See Preiser v. Rodriguez*, 411 U.S. 475, 498 (1973) ("In the case of a damages claim, habeas corpus is not an appropriate or available federal remedy."); *Hodge v. Director, TDCJ-CID*, 2023 WL 3575658, at *3 (E.D. Tex. 2023) (claims for money damages sound in civil rights rather than habeas), *report and recommendation adopted*, 2023 WL 3573538 (E.D. Tex. 2023).

III. Conclusion

Because Conner's Petition is duplicative and he seeks unavailable relief, IT IS RECOMMENDED that the Petition be DISMISSED WITHOUT PREJUDICE.

Under 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), a party may file written objections to this Report and Recommendation within 14 days of service, unless the Court grants an extension of time to file objections under Fed. R. Civ. P. 6(b). A party may also respond to another party's objections to this Report and

Recommendation within 14 days of service of those objections, again unless the Court grants an extension of time to file a response to objections.

No other briefs may be filed without leave of court, which will only be granted for good cause. A party's failure to timely file written objections to this Report and Recommendation will bar a party from later challenging factual or legal conclusions adopted by the District Judge, except if the challenge asserts "plain error."

SIGNED on Friday, August 9, 2024.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE