UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **SANCTIONED/BARRED* ALBERTUS CONNER JR #50640 | CIVIL ACTION NO. 5:24-cv-00645 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| WARDEN | MAGISTRATE JUDGE PEREZ-MONTES |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 10] previously filed herein, having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that because Plaintiff Albertus Conner, Jr.'s Petition for Writ of Habeas Corpus [Doc. No. 8] is duplicative and he seeks unavailable relief, the Petition is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this the 29th day of August 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE